# Exhibit A

# NRAI SERVICES, INC.
## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Anna Gaskill, Executive Assistant
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #   546431996

Entity Served:   HOMEAWAY.COM, INC.   (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by NRAI Services, Inc. or its Affiliate in the State of FLORIDA on this 15 day of May, 2024. The following is a summary of the document(s) received:

1. **Title of Action:**   Re: TAYLOR DEMERATH PELEGRIN // To: HOMEAWAY.COM, INC.
2. **Document(s) Served:**   Other: --
3. **Court of Jurisdiction/Case Number:** None Specified
   Case # 24001878CI
4. **Amount Claimed, if any:**   N/A
5. **Method of Service:**   Process Server
6. **Date and Time of Receipt:**   05/15/2024 12:32:00 PM CST
7. **Appearance/Answer Date:**   None Specified
8. **Received From:**   None Specified
9. **Carrier Airbill #**
10. **Call Made to:** Not required
11. **Special Comments:**
NRAI will retain the current log

Image SOP

Email Notification,  Michelle Velasquez  mvelasquez@hotels.com

Email Notification,  Dan Zariski  DZARISKI@EXPEDIA.COM

Email Notification,  Darcy Shearer  DSHEARER@EXPEDIA.COM

Email Notification,  Brittany Miers  BMIERS@HOMEAWAY.COM

Email Notification,  Anna Gaskill  AGASKILL@EXPEDIA.COM

Email Notification,  Carolynn Howsley  CHOWSLEY@EXPEDIA.COM

Email Notification,  Sibel Abreu  sabreu@expedia.com

Email Notification,  Charles Ha  chaha@expediagroup.com

Email Notification,  Caroline Ketchley  cketchley@expediagroup.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**        **CopiesTo:**

866-401-8252 - Telephone

ORIGINAL

# *NRAI SERVICES, INC.*

## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Anna Gaskill, Executive Assistant
Expedia Incorporated
1111 EXPEDIA GROUP WAY W.
SEATTLE, WA 98119

SOP Transmittal #  **546431996**

Entity Served:  HOMEAWAY.COM, INC.  (Domestic State: DELAWARE)

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

ORIGINAL



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Wed, May 15, 2024 |
| Server Name: | Mikhael Goldgisser |

| | |
|---|---|
| Entity Served | HOMEAWAY.COM, INC. |
| Case Number | 24-001878-CI |
| Jurisdiction | FL |

| Inserts | | |
|---|---|---|
| | | |



Filing # 197167243 E-Filed 04/29/2024 10:42:00 AM

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA
CIVIL DIVISION

TAYLOR DEMERATH PELEGRIN,

    Plaintiff,

vs.     Case Number: 24-001878-CI

KEVIN P. O'CONNER,
FRAN ELIZABETH O'CONNER and
HOMEAWAY.COM, INC.,
a Foreign Profit Corporation,

    Defendants.
_____/

TIME:_____

**SUMMONS**  DATE:_____

TO:  HOMEAWAY.COM, INC.  SERVER:_____
      a Foreign Profit Corporation
      ℅ NRAI Service, Inc., Resident Agent  ID #:_____
      1200 South Pine Island Road
      Plantation, FL 33324

**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Counterclaim in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

    Any persons with a disability requiring reasonable accommodations should call (813) 464-4062 (V/TDD), no later than seven (7) days prior to any proceeding.

1

Mikhael Goldgisser
1556
2024/05/15 12:32:21

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonica no lo protegers; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la quia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Counter Plaintiff's Attorney." (Demandate 0 Abogado del Demanadante).

## IMPORTANT

Das poursuites judiciaries ont ete entreprises contre vous. vous avez 20 jours consecutifa a partir de la date de llassignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nominees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a dlautres obligations juridiques et vous pouvez requerir les services immediata d'un avocat. Si vous ne connaissez pas dlavocat, vous pourriez telephoner a un service de reference dlavocats ou a un bureau dlassistance juridique (figurant a llannuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra eqalement, en meme tamps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Counter Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

_/s/ Jonathon W. Douglas_

JONATHON W. DOUGLAS, ESQUIRE
FBN: 0013431
BATTAGLIA, ROSS, DICUS & MCQUAID, PA
5858 Central Avenue, Suite A
St. Petersburg, FL 33707
Telephone:(727) 381-2300
Facsimile: (727) 343-4059
Primary: jdoug@brdwlaw.com
Alternate: ppaul@brdwlaw.com
Attorneys for the Plaintiff

2

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the Counterclaim in this lawsuit on the above-named defendant.

DATED ON __APR 29 2024_____, 2024.

CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

3

Filing # 197167243 E-Filed 04/29/2024 10:42:00 AM

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA
CIVIL DIVISION

TAYLOR DEMERATH PELEGRIN,

    Plaintiff,

vs.                                    Case Number:

KEVIN P. O'CONNER,
FRAN ELIZABETH O'CONNER and
HOMEAWAY.COM, INC.,
a Foreign Profit Corporation,

    Defendants.
_____/

## COMPLAINT

Plaintiff, TAYLOR DEMERATH PELEGRIN, (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, hereby sues the Defendants, KEVIN P. O'CONNER and FRAN ELIZABETH O'CONNER (hereinafter referred to as "O'CONNERS"), and HOMEAWAY.COM, INC., a Foreign Profit Corporation, (hereinafter referred to as "HOMEAWAY"), and in support thereof alleges as follows:

### JURISDICTIONAL BASIS

1. This is an action for damages that exceeds Fifty Thousand ($50,000.00) Dollars, exclusive of costs and interest.

2. The Sixth Judicial Circuit Court has venue pursuant to Florida Statutes, Section 47.011 because the cause of action accrued in Pinellas County, Florida.

3. The Sixth Judicial Circuit Court has personal jurisdiction over Defendants, O'CONNERS, pursuant to Florida Statutes, Section 48.193 because they owned the subject property located at 4690 78th Avenue, Pinellas County, Florida.

4. The Sixth Judicial Circuit Court has personal jurisdiction over Defendant, HOMEAWAY, pursuant to Florida Statutes, Section 48.193 because it operated, conducted or engaged in or carried on a business or business venture within the State of Florida.

## PARTIES

5. At all times material hereto, Plaintiff, TAYLOR DEMERATH PELEGRIN, was, and still is, a resident of Wrightstown, Wisconsin.

6. Defendants, O'CONNORS, were the owners of the property located at 4690 78th Avenue, Pinellas Park, Florida at the time of the incident.

7. Defendant, HOMEAWAY, is now, and was at the time of the incident, a foreign profit corporation doing business in Pinellas County, Florida.

## GENERAL FACTIONAL ALLEGATIONS

8. At all times material hereto, the owners of the aforementioned property, Defendants, KEVIN P. O'CONNER and/or FRAN ELIZABETH O'CONNER, contracted with HOMEAWAY to list and book the above described property for rental purposes.

9. At all times material hereto, Defendant, HOMEAWAY, listed the property as described above on the online website they managed and operated for house and apartment rentals.

10. On or about May 20, 2022, Plaintiff, TAYLOR DEMERATH PELEGRIN, was a guest at the rental house located at 4690 78th Avenue, Pinellas Park, Florida, that was listed on and rented through HOMEAWAY's online website.

11. During the initial walk through of the property, Defendants O'CONNERS, as the owners of the house, instructed the renters on the use of the inflatable water slide installed on the

side of the pavered pool deck that drops into the pool. The owners explained that they only needed to turn the slide on and off, with no instruction on the requirement to secure the slide from moving during use.

12. The owners failed to properly instruct Plaintiff on the proper use of the pool slide and the need to secure the slide to the pool deck.

13. At no time did the owners of the house or HOMEAWAY warn the Plaintiff of the dangerous condition that existed by using the pool slide.

14. There were no warning signs posted about the dangerous condition which existed by using the pool slide as instructed by the homeowners or as advertised by HOMEAWAY.

15. At said time and place, Plaintiff slid down the slide and the slide shifted due to not being harnessed to the ground causing Mr. Demerath to strike the edge of the pool.

16. As a direct result, Plaintiff, TAYLOR DEMERATH PELEGRIN, suffered serious and permanent injuries.

## COUNT I

17. Plaintiff, TAYLOR DEMERATH PELEGRIN, realleges and incorporates by reference Paragraphs One (1) through Sixteen (16) of this Complaint.

18. On May 20, 2022, O'CONNERS were the owners of the property located at 4690 78th Avenue, Pinellas Park, Florida and contracted with HOMEAWAY to rent their property.

19. O'CONNORS owed Plaintiff a duty to properly maintain the aforementioned property in such a manner as to either prevent dangerous conditions or sufficiently warn invitees of such dangerous conditions.

20. O'CONNORS failed to warn Plaintiff of the dangerous condition of the water slide that was known by Defendant, or had existed for a sufficient length of time so that

O'CONNORS should have known about it.

21. Defendant, O'CONNORS, breached their duty of care by negligently failing to maintain and operate the premises in a way to prevent a dangerous condition and immediate hazard to the intended users of the premises, including Plaintiff, TAYLOR DEMERATH PELEGRIN. More specifically, Defendant, O'CONNORS, negligently created a dangerous condition by:

   a) negligently failing to ensure the property was maintained in a safe condition for renters;

   b) negligently failing to inspect its property;

   c) negligently failing to correct the dangerous condition;

   d) negligently creating or allowing the dangerous condition of the waterslide to exist;

   e) failing to institute inspections of the premises to discover the presence of dangerous conditions;

   f) failing to carry out periodic inspections of the premises to discover the presence of dangerous conditions prior to renting the property to the public at large;

   g) negligently failing to warn patrons of the dangerous condition;

   h) negligently failing to take reasonable precautions to minimize or eliminate the likelihood of a dangerous condition arising; and

   i) failing to ensure the waterslide was properly tied down to the pavement surrounding the pool.

22. As a direct and proximate result of the aforementioned negligence of the Defendants, O'CONNORS, Plaintiff suffered bodily injury and resulting pain and suffering,

disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing asymptomatic condition. The losses are either permanent or continuing, and the Plaintiff will suffer said losses in the future.

WHEREFORE, Plaintiff, TAYLOR DEMERATH PELEGRIN, demands judgment for damages against the Defendants, KEVIN P. O'CONNER and FRAN ELIZABETH O'CONNER, and further demands a trial by jury on all issues.

## COUNT II

23. Plaintiff, TAYLOR DEMERATH PELEGRIN, realleges and incorporates by reference Paragraphs One (1) through Sixteen (16) of this Complaint.

24. Defendant, HOMEAWAY, had contracted with the owner of the property to list the aforementioned property online for rental to the public at large, including the Plaintiff.

25. Defendant owed Plaintiff a duty to properly maintain the aforementioned property in such a manner as to either prevent dangerous conditions or sufficiently warn invitees of such dangerous conditions.

26. Defendant failed to warn Plaintiff of the dangerous condition of the water slide that was known by Defendant, or had existed for a sufficient length of time so that HOMEAWAY should have known about it.

27. Defendant, HOMEAWAY, breached its duty of care by negligently failing to maintain the premises in a way to prevent a dangerous condition and immediate hazard to the intended users of the premises, including Plaintiff, TAYLOR DEMERATH PELEGRIN. More specifically, Defendant, HOMEAWAY, negligently created a dangerous condition by:

    a) negligently failing to ensure the property was maintained in a safe

condition for renters;

b) negligently failing to inspect its property;

c) negligently failing to correct the dangerous condition;

d) negligently creating or allowing the dangerous condition of the waterslide to exist;

e) failing to institute inspections of the premises to discover the presence of dangerous conditions;

f) failing to carry out periodic inspections of the premises to discover the presence of dangerous conditions prior to renting the property to the public at large;

g) negligently failing to warn patrons of the dangerous condition;

h) negligently failing to take reasonable precautions to minimize or eliminate the likelihood of a dangerous condition arising; and

i) failing to ensure the waterslide was properly tied down to the pavement surrounding the pool.

28. As a direct and proximate result of the aforementioned negligence of the Defendant, HOMEAWAY, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing asymptomatic condition. The losses are either permanent or continuing, and the Plaintiff will suffer said losses in the future.

WHEREFORE, Plaintiff, TAYLOR DEMERATH PELEGRIN, demands judgment for damages against the Defendant, HOMEAWAY.COM, INC., a Foreign Profit Corporation, and

further demands a trial by jury on all issues.

DATED, this 26 day of April, 2024.

_____
JONATHON W. DOUGLAS, ESQUIRE
FBN: 0013431
BATTAGLIA, ROSS, DICUS & MCQUAID, PA
5858 Central Avenue, Suite A
St. Petersburg, FL 33707
Telephone: (727) 381-2300
Facsimile: (727) 343-4059
Primary: jdoug@brdwlaw.com
Alternate: ppaul@brdwlaw.com
Attorneys for the Plaintiff